**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case: 1:11-cv-00443 (BAH) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROOF OF SERVICE**

Plaintiff attaches Proof of Service for all Defendants.  Legend follows:

U.S. Attorney General – Receipt No. 7007 0220 0000 8507 8592

U.S. Attorney for the District of Columbia – Receipt No. 7007 0220 0000 8507 8608

Central Intelligence Agency – Receipt No. 7007 0220 0000 8507 8615

Date: March 7, 2011

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA  22204
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*



Home | Help | Sign In

**Track & Confirm**  **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0000 8507 8592**
Expected Delivery Date: **March 1, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:59 am on March 02, 2011 in WASHINGTON, DC 20530.

Detailed Results:

- **Delivered, March 02, 2011, 10:59 am, WASHINGTON, DC 20530**
- **Notice Left (No Authorized Recipient Available), March 02, 2011, 10:54 am, WASHINGTON, DC 20530**
- **Arrival at Unit, March 02, 2011, 10:35 am, WASHINGTON, DC 20022**
- **Acceptance, February 28, 2011, 2:08 pm, ARLINGTON, VA 22204**

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  [ Go > ]

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA



Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0000 8507 8608**
Expected Delivery Date: **March 1, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:31 am on March 04, 2011 in WASHINGTON, DC 20530.

Detailed Results:

- **Delivered, March 04, 2011, 11:31 am, WASHINGTON, DC 20530**
- **Notice Left (No Authorized Recipient Available), March 04, 2011, 10:55 am, WASHINGTON, DC 20530**
- **Arrival at Unit, March 04, 2011, 10:23 am, WASHINGTON, DC 20022**
- **Acceptance, February 28, 2011, 2:11 pm, ARLINGTON, VA 22204**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0000 8507 8615**
Expected Delivery Date: **March 1, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:29 am on March 07, 2011 in WASHINGTON, DC 20505.

Detailed Results:

- **Delivered, March 07, 2011, 7:29 am, WASHINGTON, DC 20505**
- **Notice Left (No Authorized Recipient Available), March 04, 2011, 10:31 am, WASHINGTON, DC 20505**
- **Arrival at Unit, March 04, 2011, 10:17 am, WASHINGTON, DC 20022**
- **Acceptance, February 28, 2011, 2:06 pm, ARLINGTON, VA 22204**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA