**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,  *
                               *
          Plaintiff,            *
                               *
          v.                    *    Case: 1:11-cv-00443 (BAH)
                               *
CENTRAL INTELLIGENCE AGENCY,   *
                               *
          Defendant.            *
                               *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion to Compel Production,

or, in the Alternative, for Status Conference, any opposition thereto, and the entire record herein,

it is this _____ day of _____, 2012,

        **ORDERED** that Plaintiff's Motion is **GRANTED**.


                        _____
                        Beryl A. Howell
                        United States District Judge