## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
NATIONAL SECURITY COUNSELORS,  )
)
    Plaintiff,  )
)
    v.  )    No. 1:11-cv-00443 (BAH)
)
CENTRAL INTELLIGENCE AGENCY,  )    **DEFENDANT'S NOTICE**
)    **TO THE COURT**
    Defendant.  )
)
_____ )

## DEFENDANT'S NOTICE TO THE COURT

At the October 12, 2012 Status Conference in this matter, Defendant Central Intelligence Agency stated that it would re-review the documents that were the subject of the conference and of Plaintiff's Motion to Compel, Dkt No. 26, to ensure that the markings on those records accurately reflected the basis for withholding the underlying information.  In Defendant's earlier production, redactions were marked with either a "1" or "2," which appears to have created some confusion as to whether the redacted information was withheld because it is classified, subject to the CIA Act, or both classified and subject to the CIA Act. In order to clarify the issue and provide Plaintiff's counsel with clear documents upon which he can rely for Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Defendant now produces copies of the two records with each redaction marked clearly as "Classified" or "CIA Act" protected.  Defendant is hopeful the updated markings will resolve any lingering confusion regarding the

Agency's justification for withholding the redacted information.  For the convenience of the Court, Defendant has attached the documents with the updated markings to this notice.

 Dated: October 22, 2012                         Respectfully submitted,

                                                 STUART F. DELERY
                                                 Acting Assistant Attorney General

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Branch Director

                                                 /s/ Ryan Parker
                                                 RYAN PARKER
                                                 (Utah Bar # 11724)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Avenue, N.W.
                                                 Washington, DC 20530
                                                 Tel: (202) 514-4336
                                                 Fax: (202) 616-8202

                                                 Attorneys for Defendant