**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant.

Civil Action No. 11-443 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of the defendant's Motion for Summary Judgment on Count Three, ECF No. 27, the plaintiff's Motion for Sanctions, ECF No. 50, the defendant's Motion for Summary Judgment on Counts One and Two, ECF No. 54, the plaintiff's Cross Motion for Summary Judgment on Counts One and Two, ECF. No. 57, the memoranda submitted in support and opposition, the Complaint, ECF No. 1, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment on Count Three is GRANTED in part and DENIED in part. The motion is DENIED as to (1) the defendant's withholding of responsive information under FOIA Exemption 3 and the CIA Act, 50 U.S.C. § 403g, (2) the defendant's refusal to produce responsive records in an electronic format and (3) the defendant's withholding of the "two-page classified TOC from volume 53 (number 2)" of *Studies in Intelligence*. The motion is GRANTED on Count Three in all other respects; and it is further

**ORDERED** that the plaintiff's Motion for Sanctions is DENIED; and it is further

**ORDERED** that the defendant's Motion for Summary Judgment on Counts One and Two is DENIED; and it is further

**ORDERED** that the plaintiff's Motion for Summary Judgment on Counts One and Two is GRANTED; and it is further

**ORDERED** that the parties jointly file, within twenty days of this Order, the following: (1) a status report that sets forth a list of the records that remain in dispute, in light of the Memorandum Opinion accompanying this Order, and that identifies each such disputed record by a Bates number, or other unique identifier, and by a citation to the particular page(s) of the *Vaughn* index where the disputed record is described;  and (2) a proposed briefing schedule for any further proceedings in this matter, including deadlines for the submission of any renewed dispositive motions, supplementary *Vaughn* indices, or supplementary declarations.

**SO ORDERED.**

Date: August 15, 2013

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge