UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11-cv-00443 (BAH) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | **JOINT STATUS REPORT** |
| Defendant. ) | |
| ) | |

On August 15, 2013, the Court issued an opinion on the parties' cross-motions for summary judgment in the three related actions NSC v. CIA, 11-443; NSC v. CIA, 11-444; and NSC v. CIA *et al.,* 11-445. Following its opinion, the Court issued orders in each of the three related cases. In the Court's opinion and orders, the Court directed the parties to submit a joint status report by Wednesday, September 4, setting forth a list of the records that remain in dispute that identifies each record by document number and proposing a briefing schedule for any further proceedings in this matter. The parties hereby submit this joint status report pursuant to the Court's opinion and orders.

**I.      Documents That Remain in Dispute**

Plaintiff has provided the following list of documents that remain in dispute, organized by defendant agency.

## CIA

| | | |
|---|---|---|
| C00047406 | C01323603 | C01407736 |
| C00294086 | C01328080 | C01449521 |
| C00297955 | C01332900 | C01449522 |
| C00301436 | C01333531 | C01449523 |
| C00342747 | C01333782 | C01449524 |
| C00403098 | C01335771 | C01449525 |
| C00410256 | C01336805 | C01449526 |
| C00410257 | C01337366 | C01449527 |
| C00619161 | C01338086 | C01449529 |
| C01081622 | C01340073 | C01459018 |
| C01081644 | C01341147 | C01466347 |
| C01232896 | C01341148 | C01467968 |
| C01243976 | C01341149 | C01489077 |
| C01255579 | C01341150 | C01489442 |
| C01281647 | C01345700 | C01490209 |
| C01283575 | C01345701 | C01493340 |
| C01286325 | C01345702 | C01495919 |
| C01286906 | C01345703 | C01498144 |
| C01299751 | C01349612 | C01499710 |
| C01303991 | C01382703 | C01504213 |
| C01304625 | C01396958 | C01509016 |

| | | |
|---|---|---|
| C01517334 | C05294696 | C05354676 |
| C01520922 | C05295297 | C05354703 |
| C01525261 | C05295331 | C05355378 |
| C01525262 | C05297360 | C05356069 |
| C01525488 | C05297361 | C05357615 |
| C03141151 | C05297362 | C05357616 |
| C05256860 | C05299266 | C05357617 |
| C05261089 | C05301167 | C05360945 |
| C05262270 | C05301975 | C05360946 |
| C05262636 | C05303958 | C05360947 |
| C05265818 | C05332347 | C05360948 |
| C05266189 | C05332348 | C05360949 |
| C05266449 | C05333922 | C05360950 |
| C05278000 | C05336253 | C05360951 |
| C05280557 | C05337217 | C05360952 |
| C05280731 | C05341536 | C05360953 |
| C05284364 | C05342211 | C05360954 |
| C05289038 | C05350555 | C05360955 |
| C05293324 | C05351187 | C05360956 |
| C05294689 | C05351340 | C05362492 |
| C05294691 | C05351341 | C05362494 |
| C05294692 | C05353258 | C05362702 |

| | | |
|---|---|---|
| C05362747 | C05373844 | C05425107 |
| C05363265 | C05375973 | C05430872 |
| C05363815 | C05375987 | C05432142 |
| C05363846 | C05376363 | C05432738 |
| C05365820 | C05378272 | C05444756 |
| C05366059 | C05379446 | C05451522 |
| C05366449 | C05391269 | C05451572 |
| C05366450 | C05393359 | C05458451 |
| C05366473 | C05403192 | C05463583 |
| C05366894 | C05403193 | C05467421 |
| C05366895 | C05403194 | C05469399 |
| C05366902 | C05403195 | C05470226 |
| C05369274 | C05403196 | C05480240 |
| C05369275 | C05403197 | C05486085 |
| C05369276 | C05403198 | C05486310 |
| C05369960 | C05403199 | C05486879 |
| C05371354 | C05403200 | C05492025 |
| C05371430 | C05403201 | C05498760 |
| C05371431 | C05403202 | C05498761 |
| C05371432 | C05403203 | C05499240 |
| C05371433 | C05415516 | C05502643 |
| C05372348 | C05415517 | C05502644 |

| | | |
|---|---|---|
| C05502645 | C05520223 | C05526518 |
| C05502646 | C05520225 | C05526520 |
| C05502647 | C05520226 | C05548235 |
| C05505008 | C05520227 | C05548236 |
| C05509148 | C05520228 | C05548237 |
| C05512541 | C05520230 | C05548238 |
| C05512542 | C05520231 | C05548239 |
| C05520181 | C05520232 | C05548240 |
| C05520182 | C05520233 | C05548241 |
| C05520185 | C05520234 | C05548242 |
| C05520207 | C05520235 | C05549677 |
| C05520208 | C05520236 | C05549678 |
| C05520209 | C05520560 | C05549679 |
| C05520212 | C05520562 | C05549680 |
| C05520213 | C05520564 | C05549681 |
| C05520214 | C05520575 | C05549682 |
| C05520216 | C05520577 | C05549685 |
| C05520217 | C05520579 | C05549686 |
| C05520218 | C05520849 | C05549687 |
| C05520220 | C05523603 | C05549688 |
| C05520221 | C05523604 | C05549689 |
| C05520222 | C05526497 | C05549690 |

| | | |
|---|---|---|
| C05549691 | C05549813 | C05549835 |
| C05549699 | C05549814 | C05549836 |
| C05549700 | C05549815 | C05549837 |
| C05549701 | C05549816 | C05549838 |
| C05549702 | C05549817 | C05549839 |
| C05549703 | C05549818 | C05549840 |
| C05549704 | C05549819 | C05549841 |
| C05549706 | C05549820 | C05549842 |
| C05549707 | C05549821 | C05549843 |
| C05549708 | C05549822 | C05549844 |
| C05549734 | C05549823 | C05549845 |
| C05549735 | C05549824 | C05549846 |
| C05549736 | C05549825 | C05549847 |
| C05549737 | C05549826 | C05549848 |
| C05549738 | C05549827 | C05549849 |
| C05549739 | C05549828 | C05558242 |
| C05549740 | C05549829 | C05558439 |
| C05549741 | C05549830 | C05558447 |
| C05549742 | C05549831 | C05558454 |
| C05549743 | C05549832 | C05558457 |
| C05549810 | C05549833 | C05558458 |
| C05549812 | C05549834 | C05558488 |

| | | |
|---|---|---|
| C05558489 | C05563419 | C05563455 |
| C05563385 | C05563420 | C05563457 |
| C05563386 | C05563421 | C05563458 |
| C05563387 | C05563423 | C05563459 |
| C05563388 | C05563424 | C05563460 |
| C05563389 | C05563425 | C05563462 |
| C05563410 | C05563427 | C05784137 |
| C05563412 | C05563428 | C05784143 |
| C05563413 | C05563429 | C05784144 |
| C05563414 | C05563450 | C05784150 |
| C05563417 | C05563451 | C05936643 |
| C05563418 | C05563452 | |

## **DIA**

| | | |
|---|---|---|
| V-1 | V-91 | V-252 |
| V-2 | V-93 | V-257 |
| V-3 | V-116 | V-261 |
| V-4 | V-127 | V-262 |
| V-5 | V-128 | V-263 |
| V-6 | V-129 | V-264 |
| V-7 | V-154 | V-265 |
| V-8 | V-158 | V-266 |
| V-22 | V-251 | V-270 |

| | | |
|---|---|---|
| V-271 | V-282 | V-341 |
| V-272 | V-283 | V-349 |
| V-273 | V-284 | V-422 |
| V-275 | V-285 | V-423 |
| V-276 | V-286 | V-424 |
| V-277 | V-287 | V-425 |
| V-278 | V-288 | V-426 |
| V-279 | V-290 | V-428 |
| V-280 | V-337 | |
| V-281 | V-339 | |

**ODNI**

All withholdings remain in dispute.

**DOJ**

Doc. 3

Doc. 13

The parties disagree about whether there are additional DOJ records that remain in dispute. <u>Plaintiff's Position</u>: Plaintiff interprets the Court's Opinion regarding DOJ records as allowing it the option of providing further evidence of specific prior releases of the remaining Office of Legal Counsel opinions if it can obtain it. The Court stated that, "The burden remains on the plaintiff [to] 'point to specific information in the public domain' that is 'identical to that being withheld,'" using the present tense verb "remains." Mem. Op. at 143 n.73. Had

8

the Court intended to completely foreclose all discussion regarding the DOJ records, it would have used the past tense verb "remained" rather than leaving open the possibility that Plaintiff could still "'point to specific information in the public domain' that is 'identical to that being withheld.'" *Id.*  Accordingly, Plaintiff's counsel will perform a more in-depth search of the National Archives for evidence of prior release of the other DOJ records in the next few weeks and will provide any such evidence he discovers to DOJ in a timely fashion.  It is in the interest of judicial economy to conclusively resolve the question of the prior official release and/or waiver of privilege of these 16 records in this case rather than relitigating the question in the context of new, duplicate FOIA requests, especially given the government's stated position that agencies do not have to accept duplicate FOIA requests that do not seek new information.  Furthermore, given the Court's guidance regarding Documents 3 and 13, Plaintiff is hopeful that DOJ will process any evidence of prior disclosure or privilege waiver in good faith and not require the Court's involvement.

    <u>DOJ's Position</u>: Following the Court's summary judgment decision, Documents 3 and 13 are the only records that remain in dispute. After DOJ moved for summary judgment on all of its withholdings and plaintiff filed its opposition, the Court denied DOJ summary judgment on the portions of Documents 3 and 13 that it found had been publicly disclosed and granted summary judgment to DOJ "in all other respects." ECF No. 55 at 3. Plaintiff has had ample opportunity to locate evidence of additional releases at the Archives. If plaintiff wishes to

continue searching for evidence of releases, plaintiff is free to submit new FOIA requests for the pertinent OLC opinions, along with any additional evidence of release, and OLC will process those requests, taking the additional evidence into account as appropriate.

## II.     Proposed Briefing Schedule

Defendants have begun reprocessing the FOIA requests at issue consistent with the Court's opinion and orders. If there remain issues in dispute after defendants have reprocessed the requests, defendants plan to move for summary judgment on the remaining claims. For the convenience of the parties and the Court, defendants plan to address each of the remaining claims in one motion for summary judgment. Following the Court's opinion and orders, some defendants must conduct additional searches and process responsive records identified during those searches before they can move for summary judgment. As set forth above, there also remain a significant number of records in dispute that must be reprocessed consistent with the Court's order. In addition, defense counsel will be on paternity leave for several weeks beginning in early September. In light of these considerations, the parties propose that defendants move for summary judgment on all of the remaining counts in these three related actions by Friday, January 17, 2014. NSC will file its opposition to defendants' motion by Monday, February 10, and defendants will file their reply by Friday, February 21.

Dated: September 4, 2013                                         Respectfully submitted,

| | |
|---|---|
| STUART F. DELERY<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ Ryan B. Parker<br>RYAN B. PARKER<br>(Utah Bar # 11724)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 514-4336<br>Fax: (202) 616-8202<br><br>Attorneys for Defendant | /s/ Kelly B. McClanahan<br>Kelly B. McClanahan, Esq.<br>D.C. Bar #984704<br>National Security Counselors<br>1200 South Courthouse Road<br>Suite 124<br>Arlington, VA 22204<br>301-728-5908<br>240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br>Counsel for Plaintiff |